PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
SHANNEN W. COFFIN
Deputy Assistant Attorney General
ANTHONY J. COPPOLINO (D.C. Bar No. 417323)
Special Litigation Counsel
MARK T. QUINLIVAN (D.C. Bar No. 442782)
W. SCOTT SIMPSON (VA Bar No. 27487)
TERRY M. HENRY (TX Bar No. 09484150)
KAIJA M. CLARK (D.C. Bar No. 467376)
PREEYA M. NORONHA (NY Bar No. 3972692)
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, D.C. 20530
Telephone: (202) 514-4107
Facsimile: (202) 616-8470

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. and PLANNED PARENTHOOD GOLDEN GATE,<br><br>            Plaintiffs,<br><br>        v.<br><br>JOHN ASHCROFT, Attorney General of the United States, in his official capacity,<br><br>            Defendant. | Civil Action No. C-03-4872 PJH<br><br>**DEFENDANT'S RULE 26(a)(2) EXPERT WITNESS DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and paragraph seven of the

scheduling order of this Court, defendant hereby discloses the following witnesses, retained or

Page 1 - Defendant's Rule 26(a)(2) Expert Witness Disclosures, C. A. No. C-03-4872 PJH

employed to provide expert testimony, who may be used at trial to present expert testimony in the above-referenced action:

1. Kanwaljeet S. Anand, M.B.B.S., D. Phil.

2. Watson A. Bowes, M.D.

3. Stephen L. Clark, M.D.

4. Curtis R. Cook, M.D.

5. Charles J. Lockwood, M.D.

6. Elizabeth Shadigian, M.D.

7. M. LeRoy Sprang, M.D.

Expert reports without curriculum vitae and attachments are appended as Exhibits 1–7, respectively.  Due to their considerable size and length, curriculum vitae and other attachments have not been filed herewith, but have been served, along with the reports, on opposing counsel.

Because of the parallel trial schedules in this case and the other two cases involving similar constitutional challenges to the Partial-Birth Abortion Ban Act of 2003—Carhart et al. v. Ashcroft, no. 03-3385 (D. Neb.) ("Carhart") and National Abortion Federation, et al v. Ashcroft, No. 03-Civ.-8695 (S.D.N.Y.) ("NAF")—not all of the foregoing experts may be called to trial in this case.

Additionally, defendant may seek to present trial or deposition testimony of witnesses designated as experts by plaintiffs in this case as well as by plaintiffs in Carhart and NAF. Expert witnesses designated to date by plaintiffs in Carhart whose testimony defendant may seek to introduce are:

1. LeRoy Carhart, M.D.

2. John Doe, M.D.

3. William Fitzhugh, M.D.

4. Joel Howell, M.D., Ph.D.

5. William H. Knorr, M.D.

6. Jill L. Vibhakar, M.D.

Page 2 - Defendant's Rule 26(a)(2) Expert Witness Disclosures, C. A. No. C-03-4872 PJH

Expert witnesses designated to date by plaintiffs in <u>NAF</u> whose testimony defendant may seek to introduce are:

1. Rebecca Baergen, M.D.

2. Stephen Chasen, M.D.

3. Mark I. Evans, M.D.

4. Marilynn Conners Frederiksen, M.D.

5. Amos Grunebaum, M.D.

6. Michael R. Halpern, M.D.

7. Cassing Hammond, M.D.

8. Marc Heller, M.D.

9. Joel D. Howell, M.D., Ph.D.

10. Timothy Robert Bradley Johnson, M.D.

11. Lisa C. Mazzullo, M.D.

12. Sherwin B. Nuland, M.D.

13. Eugene Pergament, M.D. Ph.D.

14. Daniel W. Skupski

15. Lauren F. Streicher, M.D.

16. Gerson Weiss, M.D.

17. Carolyn Westholl, M.D., M.SC.


DATED:  January 16, 2004                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            KEVIN V. RYAN
                                            United States Attorney

                                            SHANNEN W. COFFIN
                                            Deputy Assistant Attorney General

                                            ANTHONY J. COPPOLINO
                                            Special Litigation Counsel

Page 3 - Defendant's Rule 26(a)(2) Expert Witness Disclosures, C. A. No. C-03-4872 PJH

/S/ Andrew I. Warden
ANDREW I. WARDEN
MARK T. QUINLIVAN
W. SCOTT SIMPSON
TERRY M. HENRY
KAIJA M. CLARK
PREEYA M. NORONHA
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.        Room 7107
Washington, DC  20530
Tel.: (202) 514-5084
Fax: (202) 616-8470
e-mail: andrew.warden@usdoj.gov

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2004, I, as one of the attorneys in this case, electronically filed the foregoing document, including exhibits, with the Clerk of the Court using the CM/ECF filing system, which sent notification of such filing to the following counsel:

| | |
|---|---|
| Kurt G. Calia | Eve C. Gartner |
| Margaret C. Crosby | Beth H. Parker |
| Giselle Fahimian | Therese M. Stewart |
| Teresa L. Federer | |

In addition, I sent a copy of the foregoing document, including exhibits, by electronic mail to the following counsel:

Evan R. Cox:  ecox@cov.com

Roger K. Evans:  roger.evans@ppfa.org

Helene T. Krasnoff:  helene.krasnoff@ppfa.org

I declare under penalty of perjury that this certification is true and correct.


DATED:  January 16, 2004

/S/ Andrew I. Warden
ANDREW I. WARDEN
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7107
Washington, DC  20530
Tel.: (202) 616-5084
Fax: (202) 616-8470
e-mail:  andrew.warden@usdoj.gov

Attorney for Defendant

Page 5 - Certificate of Service-Defendant's Rule 26(a)(2) Expert Witness Disclosures, C. A. No. C-03-4872 PJH